# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

HOPE McMATH,

    Plaintiff,

v.                                        Case No.:  3:25-cv-1498-BJD-MCR

DUVAL COUNTY PUBLIC SCHOOLS,
et al.,

    Defendants.
_____/

## **O R D E R**

I hereby recuse myself from this matter because of previous civic and non-profit service relationships with a named Defendant and the Plaintiff. The Clerk of Court is directed to re-assign this case, by random draw, to another District Judge.

**IT IS SO ORDERED.**

**DATED** at Jacksonville, Florida this __10th__ day of December, 2025.

_____
BRIAN J. DAVIS
United States District Judge

***Copies furnished to:***

Counsel of Record

***ap***