UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA

HOPE MCMATH,                                  Civil Action No.: 3:25-cv-01498

       Plaintiffs,

v.

DUVAL COUNTY PUBLIC SCHOOLS, et al,

       Defendants.

**JOINT STIPULATION AND MOTION REGARDING PLAINTIFF'S FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' DEADLINE TO RESPOND**

PLAINTIFF Hope McMath and DEFENDANTS Duval County Public Schools, Charlotte Joyce, April Carney, Melody Bolduc, Reginald Blount, Anthony Ricardo, Florida Department of Education, Anastasios Kamoutsas, Moms for Liberty, Inc., and Moms for Liberty – Duval (collectively, "Defendants"), by counsel, hereby stipulate and move the Court as follows:

1. The Complaint in the above-captioned matter was filed on December 8, 2025.

2. Defendants' current deadline to respond to the Complaint is February 5, 2026.

3. In the course of meeting and conferring on Plaintiff's anticipated amended complaint and Defendants' anticipated responses, counsel and the parties have agreed that Plaintiff should be permitted to file an Amended Complaint on or before February 23, 2026, and Defendants should be permitted to respond to that

Amended Complaint within 21 days of its filing.

WHEREFORE, Plaintiff and Defendants respectfully request the Court to enter an Order granting Plaintiff leave to file an Amended Complaint on or before February 23, 2026, and extending Defendants' current response deadline from February 5, 2026 to and including 21 days after the Amended Complaint is filed.

Respectfully submitted on February 4, 2026,

**Counsel for PLAINTIFF Hope McMath**

/s/ John Phillips
Law Office of John M. Phillips, LLC
660 Park Street
Jacksonville, FL 32204
jmp@floridajustice.com

Phillips & Hunt
660 Park Street
Jacksonville, FL 32204
william@floridajustice.com

**Counsel for DEFENDANTS Moms for Liberty, Inc. and Moms for Liberty – Duval**

/s/ Horatio Mihet
Liberty Counsel
P.O. Box 540774
Orlando, FL 32854
court@LC.org
mstaver@LC.org
hmihet@LC.org
kheuser@LC.org
mgondeiro@LC.org

**Counsel for DEFENDANTS Duval County Public Schools, Charlotte Joyce, April Carney, Melody Bolduc, Reginald Blount, Anthony Ricardo, Florida Department of Education, and Anastasios Kamoutsas**

/s/ Michael Kelley
Lawson Huck Gonzalez, PLLC
101 E. College Avenue
5th Floor
Tallahassee, FL 32301
jason@lawsonhuckgonzalez.com
Michael@lawsonhuckgonzalez.com
adam@lawsonhuckgonzalez.com
eric@lawsonhuckgonzalez.com
samuel@lawsonhuckgonzalez.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 4, 2026, the foregoing document was filed electronically with the Court's CM/ECF system, which will furnish copies to all parties registered to receive service.

/s/ Horatio Mihet, Esq.
Horatio G. Mihet