UNITED STATES DISTRICT COURT
OF THE MIDDLE DISTRICT OF FLORIDA

Case No.: 3:25-cv-01498

HOPE MCMATH,

    Plaintiff,

v.

DUVAL COUNTY PUBLIC SCHOOLS,
CHARLOTTE JOYCE, APRIL CARNEY, MELODY
BOLDUC, REGINALD BLOUNT and ANTHONY
RICARDO, FLORIDA DEPARTMENT OF EDUCATION
and ANASTASIOS KAMOUTSAS, AS COMMISIONER
OF EDUCATION, MOMS FOR LIBERTY INC, and
MOMS FOR LIBERTY - DUVAL,

    Defendants.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TIME TO FILE AMENDED COMPLAINT

Plaintiff, HOPE MCMATH, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and Local Rule 3.01, respectfully moves the Court to enlarge the time for Plaintiff to file an Amended Complaint, and in support thereof states as follows:

1.    On February 5, 2026, Plaintiff filed an Unopposed Joint Stipulation and Motion Regarding Plaintiff's Filing Of An Amended Complaint and Defendants' Deadline to Respond to same [DE24].

1

2. On February 6, 2026, this Court entered an Order granting the parties Unopposed Joint Stipulation and Motion Regarding Plaintiff's Filing of an Amended Complaint and Defendants' Deadline to Respond [DE25].

3. The Order directed that Plaintiff shall file and Amended Complaint on or before February 23, 2026, and that the Defendants shall respond to the Amended Complaint within 21 days after the Amended Complaint is filed [DE25].

4. The undersigned counsel had some personal issues that arose within the last week or so that have precluded Counsel from being able to file the Amended Complaint as of the time of this filing.

5. Counsel for the Plaintiff would request an additional 2 days to file the subject Amended Complaint.

6. Counsel for the Plaintiff has conferred with Counsel for the Defendants whom do not oppose this Motion or the relief requested therein.

7. The Parties also agree that the Defendants shall have 21 days to respond to the Amended Complaint after the Amended Complaint is filed.

8. This Motion is not made for purposes of delay and only seeks a brief extension.

9. Additionally, the parties also desire to extend deadlines for responding to the Case Management requirements until the Amended Complaint is filed and responded to, as the parties are actively communicating, collaborating and seeking to resolve issues without immediate need of Court intervention.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an Order granting an enlargement of time to allow Plaintiff to file her Amended Complaint through Wednesday, February 25, 2026.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to M.D. Fla. Loc. R. 3.01(g), the undersigned certifies that on February 23, 2026, Plaintiff's counsel conferred with Defendants' counsel, who have no objection to an extension through Wednesday, February 25, 2026 for Plaintiff to file her Amended Complaint.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof, was forwarded to Michael Kelley, Esq., Lawson, Huck, Gonzalez, PLLC, 4705 South Apopka Vineland Road, Suite 210, Orlando, FL 32819

michael@lawsonhuckgonzalez.com; ashley@lawsonhuckgonzalez.com; kim@lawsonhuckgonzalez.com (Counsel for Defendants Duval County Public Schools, Charlotte Joyce, April Carney, Melody Bolduc, Reginald Blount, Anthony Ricardo, Florida Department of Education, and Anastasios Kamoutsas, as Commissioner of Education) and Horatio Mihet, Esq. Liberty Counsel, P. O. Box 540774, Orlando, FL 32854, mstaver@lc.org; hmihet@lc.org; kheuser@lc.org (Counsel for Counsel for Moms for Liberty, Inc. and Moms for Liberty – Duval) and was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division using the CM/ECF system, this 23rd day of February, 2026.

**PHILLIPS, HUNT & WALKER**

/s/  John M. Phillips
**JOHN M. PHILLIPS, ESQUIRE**
Florida Bar Number:  0477575
660 Park Street
Jacksonville, FL 32204
(904) 444-4444
(904) 508-0683 (facsimile)
Counsel for Plaintiff
jmp@floridajustice.com
anne@floridajustice.com