# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## OF THE MIDDLE DISTRICT OF FLORIDA

HOPE MCMATH,                                  Civil Action No.: 3:25-cv-01498

        Plaintiff,

v.

DUVAL COUNTY PUBLIC SCHOOLS, et al,

        Defendants.

## DECLARATION OF TINA DESCOVICH
## IN SUPPORT OF DEFENDANT MOMS FOR LIBERTY – DUVAL'S
## MOTION TO QUASH SERVICE OF PROCESS

I, Tina Descovich, declare:

1. I am over the age of 18 and fully competent to testify as to the truth of the matters stated herein, based on my recollection and personal knowledge of the matters stated herein.

2. I co-founded Moms for Liberty, Inc. in 2021 – an organization dedicated to empowering parents to advocate effectively for their children at school board meetings and across all levels of government.

3. Moms for Liberty, Inc. is a 501(c)(4) nonprofit organization and is incorporated in Florida.

4. Moms for Liberty, Inc. has affiliate chapters across the country. The affiliate chapters file their own forms with the Internal Revenue Service, and each chapter has their own EIN for financial purposes.

5. Moms for Liberty, Inc. has around 300 affiliate chapters nationwide.

6. Moms for Liberty – Duval is unincorporated and considered an affiliate chapter of Moms for Liberty, Inc. It is classified as an unincorporated association.

7. Plaintiff served William Descovich, my 17-year-old son, on December 16, 2025, at my residence in Indialantic, Florida.

8. William Descovich is not a high-ranking officer or a designated agent for service of process for either Moms for Liberty – Duval or Moms for Liberty, Inc. He has no affiliation with either organization.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of February 2026 in Brevard County, Florida.

*Tina Descovich*
_____
Tina Descovich

2