UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| Hope McMath,<br><br>     Plaintiff,<br><br>     v.<br><br>Duval County Public Schools, Charlotte Joyce, April Carney, Melody Bolduc, Anthony Ricardo, Florida Department of Education, and Anastasios Kamoutsas, as Commissioner of Education, Moms for Liberty Inc., and Moms for Liberty-Duval,<br><br>     Defendants. | Case No.: 3:25-cv-01498-HES-MCR |

**KRISTINA S. HEUSER'S UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS MOMS FOR LIBERTY, INC. AND MOMS FOR LIBERTY-DUVAL**

COMES NOW KRISTINA S. HEUSER, counsel for Defendants MOMS FOR LIBERTY, INC. and MOMS FOR LIBERTY-DUVAL, and respectfully moves this Court pursuant Local Rule 2.02(c) for an Order allowing the undersigned to withdraw from this matter and states as follows:

1. Defendants MOMS FOR LIBERTY, INC. and MOMS FOR LIBERTY-DUVAL are represented by Liberty Counsel.

2. Kristina S. Heuser is an attorney employed by Liberty Counsel and is listed on the docket as an Attorney to be Noticed.

1

3. Ms. Heuser seeks to withdraw as counsel at this time because she has obtained different employment and will no longer be employed by Liberty Counsel after April 17, 2026.

4. The specified Defendants will continue to be represented by Mathew D. Staver, Horatio G. Mihet, and Mariah Gondeiro of Liberty Counsel.

WHEREFORE, pursuant to Local Rule 2.02(c), the undersigned respectfully requests that an Order be entered allowing her to withdraw as counsel for Defendants MOMS FOR LIBERTY, INC. and MOMS FOR LIBERTY-DUVAL and, upon entry of an order granting this motion, Kristina S. Heuser will be relieved from further responsibilities in this case.

Dated: April 13, 2026

Respectfully submitted,

/s/ Kristina S. Heuser

Kristina S. Heuser
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854
(407) 875-1776
kheuser@lc.org
*Attorneys for Defendants*
*Moms for Liberty, Inc. and*
*Moms for Liberty-Duval.*

2

## LOCAL RULE 2.02(c)(1)(B)(i) CERTIFICATE

I have conferred with the clients whom I represent and hereby certify that they consent to my withdrawal from this action.

/s/ Kristina S. Heuser

Kristina S. Heuser

## LOCAL RULE 3.01(g) CONFERRAL

On April 13, 2026, the undersigned, Kristina S. Heuser, conferred with counsel for Plaintiffs and Defendants, who stated they have no opposition to the relief requested herein.

/s/ Kristina S. Heuser

Kristina S. Heuser

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I caused a true and correct copy of the foregoing to be filed electronically with this Court. Service will be effectuated on all counsel of record via the Court's ECF/electronic notification system.

/s/ Kristina S. Heuser
—————————————————
Kristina S. Heuser

4