UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HOPE MCMATH,

        Plaintiff,

v.                                                         Case No:  3:25-cv-1498-HES-LLL

DUVAL COUNTY PUBLIC
SCHOOLS, et al

        Defendants.

_____/

## ORDER

    This matter is before the Court on a status review. On December 12, 2025, the Court issued a Notice advising the parties of the requirement to file a Case Management Report pursuant to Local Rule 3.02 (a)(2) (Doc. 7). To date, the parties have failed to file a joint Case Management Report.

    Accordingly, the parties are **ORDERED** to file a joint Case Management Report within fourteen (14) days from the date of this Order.

    **DONE** and **ORDERED** in Jacksonville, Florida this 11th day of August 2026.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
    John Phillips, Esq.
    Jason Gonzalez, Esq.
    Horatio Mihet, Esq.