**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

**Case No.: 3:25-cv-01498 -HES-LLL**

HOPE MCMATH,

Plaintiff,

v.

DUVAL COUNTY PUBLIC SCHOOLS,
CHARLOTTE JOYCE, APRIL CARNEY, MELODY
BOLDUC, and ANTHONY RICARDO,
FLORIDA DEPARTMENT OF EDUCATION
and ANASTASIOS KAMOUTSAS, AS COMMISSIONER
OF EDUCATION, MOMS FOR LIBERTY INC, and
MOMS FOR LIBERTY - DUVAL

Defendants.
_________________________________/

# PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT AND FOR BRIEF CONTINUANCE OF THE PRELIMINARY PRETRIAL CONFERENCE

Plaintiff, Hope McMath, by and through undersigned counsel, respectfully moves under Federal Rule of Civil Procedure 6(b)(1)(A), before the expiration of the current deadline, for an extension of time through and including Monday, September 21, 2026, to file her Second Amended Complaint, and for a brief continuance of the preliminary pretrial conference presently set for September 23, 2026, and states:

1. On August 26, 2026, the Court entered its Order granting Plaintiff leave to amend in part and directing that a Second Amended Complaint curing the deficiencies identified in the Order be filed within fourteen days. (Doc. 49 at 14). That period expires September 9, 2026.

2. Plaintiff has worked diligently to comply. A cured draft materially responsive to the Order is substantially advanced, including as to pleading structure, per-defendant specificity, and record-grounded factual support.

3. A discrete, imminent event supports the brief extension requested. In the related state administrative proceeding arising from the same events, *Kamoutsas v. McMath*, DOAH Case No. 25-5786PL, the final hearing was held July 27, 2026, the parties filed proposed recommended orders on August 31, 2026, and the presiding administrative law judge has ordered that his recommended order "is due to be issued by September 18, 2026." (Second Notice to Parties Regarding Deadlines, DOAH Case No. 25-5786PL (Aug. 19, 2026), attached as Exhibit A). That decision will contain the state tribunal's findings on the same operative facts this Court directed Plaintiff to replead with specificity, including the origin of the state investigation and the presence or absence of any disruption attributable to Plaintiff's speech. Awaiting it will produce a more accurate, better-grounded pleading and will avoid piecemeal motions to supplement.

4. Undersigned counsel is also simultaneously managing significant personal and family circumstances that have impacted counsel's availability this week and next, including a domestic proceeding scheduled for September 9, 2026. Counsel is prepared to describe those circumstances to the Court *in camera* should the Court wish.

5. Because a September 21 filing date would leave little time before the September 23, 2026 preliminary pretrial conference for the parties and the Court to digest the new pleading, Plaintiff also requests that the conference be continued briefly to the first date convenient to the Court in October 2026. A short continuance will make the conference more productive: the operative pleading, the state tribunal's decision, and any prompt responsive motions will all be before the Court.

6. Good cause exists under Rule 6(b)(1)(A). This motion is made before the deadline expires; the enlargement is brief and tied to a date certain set by another tribunal; the amendment will be more focused for it; and no party is prejudiced. Discovery has not commenced and no scheduling order has been entered. The Court granted Plaintiff "one final opportunity to amend." (Doc. 49 at 4). A brief extension tied to a discrete, imminent event serves that judicial preference by producing the accurate, well-grounded pleading the Court invited.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline to file the Second Amended Complaint through and including September

21, 2026, and continue the preliminary pretrial conference to the first date convenient to the Court in October 2026.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel conferred with all Defendants by email on September 8, 2026. Counsel for Defendants Duval County Public Schools, Charlotte Joyce, April Carney, Melody Bolduc, Anthony Ricardo, the Florida Department of Education, and Commissioner Kamoutsas authorized Plaintiff to represent that those Defendants are not opposed to a ten-day extension sought together with a continuance of the September 23, 2026 conference, although they do not join the motion. Counsel for Defendants Moms for Liberty, Inc. and Moms for Liberty - Duval stated that those Defendants do not oppose a three-day extension to September 12, provided the September 23 preliminary pretrial conference remains in place, but oppose the ten-day extension (running to Saturday, September 19, 2026, which rolls under Fed. R. Civ. P. 6(a)(1)(C) to Monday, September 21, 2026) and continuance of that conference requested herein.

## CERTIFICATION REGARDING THE USE OF GENERATION ARTIFICAL INTELLIGENCE

I HEREBY CERTIFY that generative artificial intelligence was used in the drafting and preparation of this filing. I further certify that the AI-generated content was diligently reviewed by a human for accuracy and applicability, including verification that all factual assertions, legal citations, and characterizations of legal

authority are accurate, and that no fictitious or hallucinated authority has been cited. I acknowledge that reliance on generative AI alone does not satisfy the "reasonable inquiry" required under Fed. R. Civ. P. 11(b).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy hereof, was forwarded to Michael Kelley, Esq., Lawson, Huck, Gonzalez, PLLC, 4705 South Apopka Vineland Road, Suite 210, Orlando, FL 32819 michael@lawsonhuckgonzalez.com; adam@lawsonhuckgonzalez.com; ashley@lawsonhuckgonzalez.com; kim@lawsonhuckgonzalez.com (Counsel for Defendants Duval County Public Schools, Charlotte Joyce, April Carney, Melody Bolduc, Anthony Ricardo, Florida Department of Education, and Anastasios Kamoutsas, as Commissioner of Education) and Horatio Mihet, Esq. Liberty Counsel, P. O. Box 540774, Orlando, FL 32854, hmihet@lc.org; dpiedra@lc.org; (Counsel for Moms for Liberty, Inc. and Moms for Liberty - Duval) and was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division using the CM/ECF system, this 8th day of September, 2026.

Law Office of Phillips, Hunt & Walker

**/s/ John M. Phillips**
JOHN M. PHILLIPS, ESQUIRE
Florida Bar Number: 0477575

**/s/ William K. Walker**
WILLIAM WALKER, ESQUIRE
Florida Bar Number: 0085552
660 Park Street
Jacksonville, FL 32204
(904) 444-4444
(904) 508-0683 (facsimile)
Attorneys for Plaintiff
jmp@floridajustice.com
william@floridajustice.com
anne@floridajustice.com

# STATE OF FLORIDA
# DIVISION OF ADMINISTRATIVE HEARINGS

ANASTASIOS KAMOUTSAS, AS
COMMISSIONER OF EDUCATION,

Petitioner,

vs. Case No. 25-5786PL

HOPE MCMATH,

Respondent.
_______________________________________/

SECOND NOTICE TO PARTIES REGARDING DEADLINES

The final hearing transcript was filed with the Division of Administrative Hearings on August 19, 2026. As a result, the parties' proposed recommended orders are due to be filed by August 31, 2026, and the undersigned's recommended order is due to be issued by September 18, 2026.

DONE AND ORDERED this 19th day of August, 2026, in Tallahassee, Leon County, Florida.

Case No. 25-5786PL

Garnett Chisenhall
G. W. CHISENHALL
Administrative Law Judge
DOAH Tallahassee Office

Division of Administrative Hearings
2001 Drayton Drive
Tallahassee, Florida 32311
(850) 488-9675
www.doah.state.fl.us

COPIES FURNISHED:

John M. Phillips, Owner
(eServed)

Ron Weaver, Esquire
(eServed)

**EXHIBIT A**

Bonnie Ann Wilmot, Esquire
(eServed)

Chase D. Jones, Esquire
(eServed)