# Exhibit C

**STATE OF FLORIDA**
**EDUCATION PRACTICES COMMISSION**

**ANASTASIOS KAMOUTSAS, as Commissioner of Education,**

**Petitioner,**

**vs.** **CASE NO. 256-0563**

**HOPE MCMATH,**

**Respondent.**
__________________________________/

## ADMINISTRATIVE COMPLAINT

Petitioner, Anastasios Kamoutsas, as Commissioner of Education, files this Administrative Complaint against HOPE MCMATH. The Petitioner seeks the appropriate disciplinary sanction of the Respondent's educator's certificate pursuant to sections 1012.315, 1012.795, and 1012.796, Florida Statutes, and pursuant to Rule 6A-10.081, Florida Administrative Code, Principles of Professional Conduct for the Education Profession in Florida, said sanctions specifically set forth in sections 1012.795(1) and 1012.796(7), Florida Statutes.

The Petitioner alleges:

## JURISDICTION

1. The Respondent holds Florida Educator's Certificate 1484487, covering the area of Art, which is valid through June 30, 2027.

2. At all times pertinent hereto, the Respondent was employed as an Art Teacher at Douglas Anderson School of the Arts in the Duval County School District.

## MATERIAL ALLEGATIONS

3. Respondent has a history of imposing her personal and controversial views on students even before she became a teacher certified in Florida. In or around November of 2021, Respondent welcomed students into Yellow House Art where Respondent served as curator. There Respondent provided students with a book entitled *God is Trans*.

4. On or about September 11, 2025, Respondent posted unprofessional comments on her personal and open to the public social media account that were grossly immoral in the wake of the murder of public figure Charlie Kirk. Respondent's message stated, "Karma's a bitch – and she heard all your speeches when you proudly proclaimed that you didn't give a shit about other people's lives".

5. Additionally, Respondent posted or reposted an artist rendition of an individual holding the screaming severed head of what clearly is intended to represent the President of the United States, Donald Trump.

The Petitioner charges:

## STATUTE VIOLATIONS

**COUNT 1:** The Respondent is in violation of section 1012.795(1)(d), Florida Statutes, in that Respondent has been guilty of gross immorality or an act involving moral turpitude as defined by rule of the State Board of Education.

**COUNT 2:** The Respondent is in violation of section 1012.795(1)(g), Florida Statutes, in that Respondent, upon investigation, has been found guilty of personal conduct that seriously reduces that person's effectiveness as an employee of the district school board.

**COUNT 3:** The Respondent is in violation of section 1012.795(1)(j), Florida Statutes, in that Respondent has violated the Principles of Professional Conduct for the Education Profession prescribed by State Board of Education rules.

## RULE VIOLATIONS

**COUNT 4:** The allegations of misconduct set forth herein are in violation of Rule 6A-10.081(2)(a)1, Florida Administrative Code, in that Respondent has failed to make reasonable effort to protect the student from conditions harmful to learning and/or to the student's mental health and/or physical health and/or safety.

**COUNT 5:** The allegations of misconduct set forth herein are in violation of Rule 6A-10.081(2)(b)1, Florida Administrative Code, in that Respondent has failed to take reasonable precautions to distinguish between personal views and those of any educational institution or organization with which the individual is affiliated.

**(SIGNATURE ON FOLLOWING PAGE)**

**WHEREFORE,** based on the reasons set forth herein and in accordance with the Explanation of Rights and Election of Rights forms attached to and made a part of this Administrative Complaint, Petitioner respectfully recommends that the Education Practices Commission impose an appropriate sanction against the Respondent's educator's certificate pursuant to the authority provided in sections 1012.795(1) and 1012.796(7), Florida Statutes. The sanctions imposed by the Education Practices Commission may include, but are not limited to, any one or a combination of the following: issuing the Respondent a written reprimand; placing the Respondent on probation for any period of time; restricting the Respondent's authorized scope of practice; assessing the Respondent an administrative fine; directing the Respondent to enroll in the Recovery Network Program; suspending the Respondent's educator's certificate for a period of time not to exceed five years; revoking the Respondent's educator's certificate for a period of time up to 10 years or permanently; determining the Respondent to be ineligible for certification; or barring the Respondent from reapplying for an educator's certificate for a period of time up to 10 years or permanently.

**EXECUTED** on this 8 day of October, 2025.

**ANASTASIOS KAMOUTSAS,** as
Commissioner of Education
State of Florida