UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| Hope McMath,<br>Plaintiff,<br><br>v.<br><br>School Board of Duval County, et al.,<br><br>Defendants. | Case No.: 3:25-cv-01498-HES-LLL |

**DECLARATION OF TINA DESCOVICH IN SUPPORT OF DEFENDANT MOMS FOR LIBERTY–DUVAL'S MOTION TO QUASH SERVICE OF PROCESS**

I, Tina Descovich, declare under penalty of perjury as follows:

1. I am an adult resident of the State of Florida, over the age of eighteen years, and fully competent to make this Declaration. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am a co-founder of Moms for Liberty, Inc. ("MFL, Inc."). MFL, Inc. is a Florida not-for-profit corporation and a nonprofit advocacy organization that the Internal Revenue Service recognizes as tax-exempt under section 501(c)(4) of the Internal Revenue Code.

3. On October 24, 2026, I was personally approached at my home by an individual presenting himself as a process server attempting to effectuate service of process.

4. Upon being presented with process, I explicitly informed the process server that I was not the registered agent for Moms for Liberty-Duval.

5. Following my statement, the process server conducted a search on the Florida Division of Corporations database (Sunbiz). During this time, we discussed the distinction between MFL, Inc. and Moms for Liberty-Duval. I confirmed to the process server that while I am listed on Sunbiz in connection with MFL, Inc., I am not the registered agent for or affiliated with a separate entity designated as Moms for Liberty-Duval.

6. The process server then re-examined the legal documents in his possession and stated that because the named defendants included both Moms for Liberty, Inc. and Moms for Liberty-Duval, he was required to leave the papers with me in my capacity as the registered agent of Moms for Liberty, Inc.

7. Because I am not an agent or officer of Moms for Liberty-Duval, I declined to sign any papers. The process server subsequently left the papers at my home.

8. The summons describes me as the "RA" of Moms for Liberty-Duval. That description is incorrect. I am not, and never have been, a registered agent of Moms for Liberty-Duval.

9. I have never been appointed or authorized to accept service of process on behalf of Moms for Liberty-Duval, whether by Moms for Liberty-Duval, by any

of its members or officers, or by anyone else. I have never agreed to accept service of process on its behalf.

10. I am not a member of Moms for Liberty-Duval.

11. I am not an officer of Moms for Liberty-Duval.

12. I am not a managing agent, a general agent, or a designated agent of Moms for Liberty-Duval.

13. I do not direct, manage, or control the activities of Moms for Liberty-Duval.

14. I hold no position within Moms for Liberty-Duval, and I have no role in it.

15. Upon information and belief, Moms for Liberty-Duval is a local chapter of Moms for Liberty in Duval County, Florida.

16. Upon information and belief, Moms for Liberty-Duval is not incorporated, and it is not registered with the Florida Division of Corporations.

17. MFL, Inc. holds no legal ownership interest, stock, equity, or formal corporate control over Moms for Liberty-Duval. Nor does Moms for Liberty-Duval hold any ownership interest, equity, stock, or corporate voting control in MFL, Inc.

18. Moms for Liberty-Duval is not a corporate subsidiary of MFL, Inc. Moms for Liberty-Duval is a distinct local chapter operating independently within

Duval County, Florida. It maintains its own local operations, local governance, and grassroots outreach.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 30, 2026, at Indialantic, Florida.

/s/ Tina Descovich
Tina Descovich